55 A.3d 64

IN THE MATTER OF PETER JOSEPH BONFIGLIO, III, AN ATTORNEY AT LAW (ATTORNEY NO. 015771986).

November 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–072, concluding that **PETER JOSEPH BONFIGLIO, III,** of **WOODBURY,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit and misrepresentation), and good cause appearing;

It is ORDERED that **PETER JOSEPH BONFIGLIO, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.